## BONFANTI REAL ESTATE *v.* MICHAEL REZNIK ET AL.
### (15870)

O'Connell, Spear and Hennessy, Js.

Submitted on briefs December 18, 1996—officially released January 7, 1997

Per Curiam. The judgment is affirmed.

## WALTER KIRK ET AL. *v.* LEOPOLD KEMMLING, EXECUTOR (ESTATE OF EUGENIE KEMMLING)
### (16025)

O'Connell, Spear and Hennessy, Js.

Submitted on briefs December 18, 1996—officially released January 7, 1997

Per Curiam. The judgment is affirmed.

## GEORGE GAGER *v.* JANE KIRBY GAGER
### (15140)

Schaller, Spear and Hennessy, Js.

Argued December 17, 1996—officially released January 14, 1997

Per Curiam. The judgment is affirmed.